IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGIONS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO.: _____ |
| v. | ) |
| | ) |
| WYNDHAM HOTEL MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Plaintiff Regions Bank ("Regions") hereby provides notice of its filing of true and correct copies of the following documents:

1. Promissory Note made by Drake Oak Brook Holdings, LLC, to Regions Bank, dated January 10, 2008;

2. Hotel Management Agreement between Wyndham Hotel Management, Inc. and Drake Oak Brook Holdings, LLC for the Drake Oak Brook – A Wyndham Hotel, dated January 10, 2008;

3. Subordination and Non-Disturbance Agreement by and among Drake Oak Brook Holdings, LLC; Wyndham Hotel Management, Inc., and Regions Bank, dated January 10, 2008;

4. Correspondence evidencing the Regions-Wyndham Shut-Down Agreement;

5. Correspondence pertaining to Wyndham's allegations of misconduct; and

6. Assignment of Management Agreement by Drake Oak Brook Holdings, LLC, in favor of Regions Bank, dated January 10, 2008.

Respectfully submitted,

_____
David E. Lemke (B.P.R. No. 13586)
Lea Carol Owen (B.P.R. No. 19531)
Michael Harmon (B.P.R. No. 27279)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: carol.owen@wallerlaw.com
michael.harmon@wallerlaw.com

*Counsel for Plaintiff Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing was served via Certified U.S. Mail on this, the 3rd day of November, 2009, upon the following:

Wyndham Hotel Group
Legal Department
Attn: General Counsel
1 Sylvan Way
Parisppany, NJ 07054
Fax: (973) 753-7947

_____
Counsel