# EXHIBIT H



# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

COMMERCE CENTER
SUITE 1000
211 COMMERCE STREET
NASHVILLE, TENNESSEE 37201
PHONE: 615.726.5600
FAX: 615.726.0464
MAILING ADDRESS:
P.O. BOX 190613
NASHVILLE, TENNESSEE 37219

www.bakerdonelson.com

JOHN H. ROWLAND
Direct Dial: 615.726.5744
Direct Fax. 615.744.5744
E-Mail Address: jrowland@bakerdonelson.com

August 4, 2009

Wyndham Hotel Group
Legal Department
Attn: General Counsel
1 Sylvan Way
Parsippany, NY 07054

**VIA FEDERAL EXPRESS**

Re: Management Agreement between Drake Oak Brook Holdings, LLC and Wyndham Hotel Management, Inc. dated January 10, 2008 pertaining to the Drake Oak Brook Hotel (the "Management Agreement")

Ladies and Gentlemen:

Pursuant to Section 5 of the Subordination and Non-Disturbance Agreement between Drake Oak Brook Holdings, LLC, Wyndham Hotel Management, Inc. and Regions Bank ("Bank") dated January 10, 2008 (the "SNDA") which relates to the Management Agreement, notice is hereby given to you that the Bank is commencing foreclosure proceedings under its mortgage encumbering the Project (as defined in the SNDA).

The Bank is represented in the foreclosure proceedings by Gerald Lurie, whose contact information is as follows:

Gerald B. Lurie
Chen Nelson Roberts LTD
203 North LaSalle
Chicago, IL 60601
(312) 782-4416
glurie@chennelsonroberts.com

N KPE 701722 v1
2791021-000028 7/20/2009

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C.

Wyndham Hotel Management, Inc.
August 4, 2009
Page 2

If you have questions regarding the foreclosure proceeding or if I may be of assistance, please do not hesitate to contact me.

Very truly yours,

John H. Rowland

KPE:srs

cc: Eric Helmers via e-mail
George Patton via e-mail
Gerald Lurie via email
Randal Mashburn via e-mail
Kenneth P. Ezell, Jr. via email

N KPE 701722 v1
2791021-000028 7/20/2009