UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **REGIONS BANK,** | ) | |
| | ) | |
|     Plaintiff, | ) | **Case No. 3:09-1054** |
| | ) | **Judge Trauger** |
| v. | ) | |
| | ) | |
| **WYNDHAM HOTEL MANAGEMENT, INC.,** | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss Pursuant to Forum Selection Clause or in the Alternative to Stay Pending Arbitration (Docket No. 12) filed by the defendant, Wyndham Hotel Management, Inc., is **GRANTED** and this case is hereby **DISMISSED**, without prejudice.

It is so ordered.

Enter this 11th day of March 2010.

_____
ALETA A. TRAUGER
United States District Judge